**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jerry Sims, Employee-Claimant, Appellant,

v.

Edwin Pate Vinyl Siding, Employer, and Uninsured Employers' Fund, Carrier, Respondents.

Appellate Case No. 2015-001838

―――――――――――

Appeal From The Workers' Compensation Commission

―――――――――――

Unpublished Opinion No. 2016-UP-469
Submitted October 1, 2016 – Filed November 9, 2016

―――――――――――

**AFFIRMED**

―――――――――――

Stephen J. Wukela, of the Wukela Law Office, of Florence, for Appellant.

Lisa C. Glover, of the State Accident Fund, of Columbia, for Respondent Uninsured Employers Fund.

―――――――――――

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 42-1-360(2) (2015) (stating an employer is subject to the South Carolina Workers' Compensation Act only if it employs four or more employees in the same business within the state); *Edens v. Bellini*, 359 S.C. 433,

440, 597 S.E.2d 863, 867 (Ct. App. 2004) ("Where [an] issue involves jurisdiction, the appellate court can take its own view of the preponderance of the evidence."); *id.* ("As a result, this [c]ourt has the power and duty to review the entire record and decide the jurisdictional facts in accord with the preponderance of the evidence."); *Hernandez-Zuniga v. Tickle*, 374 S.C. 235, 244, 647 S.E.2d 691, 696 (Ct. App. 2007) ("The appellant bears the burden of showing that the [Appellate Panel]'s decision is against the preponderance of evidence."); *Harding v. Plumley*, 329 S.C. 580, 587, 496 S.E.2d 29, 33 (Ct. App. 1998) ("While the company may have on occasion employed some additional laborers and statutory employees, the record does not support a conclusion that it employed the 'same number of persons throughout the period with some constancy.'" (quoting *Patterson v. L.M. Parker & Co.*, 162 S.E.2d 571, 575 (N.C. 1968))).

**AFFIRMED.**[1]

**HUFF and SHORT, JJ., and MOORE, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.